# Explanatory Comment

Recent amendments to Rules 410, 430, 1064, and 1065 updated the requirements for the service by publication authorized by special order of court for actions to quiet title of subsurface mineral rights. These rules have been further amended to clarify that this procedure specifically applies to actions to quiet title of oil and natural gas rights.

By the Civil Procedural
Rules Committee

William S. Stickman IV
Chair